```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    PAUL RAMIREZ-ARANDA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S. 11-357-JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO EXTEND TIME FOR STATUS |
| v. | ) | CONFERENCE AND EXCLUDE TIME |
| | ) | |
| PAUL RAMIREZ-ARANDA, | ) | DATE: November 8, 2011 |
| | ) | Time: 9:30 a.m. |
| | ) | Judge: John A. Mendez |
| Defendant. | ) | |

Defendant PAUL RAMIREZ-ARANDA by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHELE BECKWITH, Assistant United States Attorney, hereby stipulate that the status conference set for October 11, 2011, be rescheduled for a status conference on Tuesday, November 8, 2011, at 9:30 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, obtain and review the pre-plea presentence report, discuss the case with the government, and pursue investigation.

Speedy trial time is to be excluded from the date of this

order through the date of the status conference set for November 8, 2011, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable time to prepare] (Local Code T4).

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: October 6, 2011

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
Supervising Assistant
Federal Defender
Attorney for Defendant
PAUL RAMIREZ-ARANDA

DATED: October 6, 2011            BENJAMIN B. WAGNER
United States Attorney

/s/ Dennis S. Waks for
MICHELE BECKWITH
Assistant U.S. Attorney

**SO ORDERED.**

Dated: October 7, 2011.


/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge