```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DENNIS S. WAKS, BAR #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   PAUL RAMIREZ-ARANDA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )   | CR.S. 11-357-JAM |
| )  | |
| Plaintiff,   )   | STIPULATION AND ORDER |
| )   | TO EXTEND TIME FOR STATUS |
| v.   )   | CONFERENCE AND EXCLUDE TIME |
| )   | |
| PAUL RAMIREZ-ARANDA,   )   | DATE: November 29, 2011 |
| )   | Time: 9:30 a.m. |
| )   | Judge: John A. Mendez |
| Defendant.   )   | |

Defendant PAUL RAMIREZ-ARANDA by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHELE BECKWITH, Assistant United States Attorney, hereby stipulate that the status conference set for November 8, 2011, be rescheduled for a status conference on Tuesday, November 29, 2011, at 9:30 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, obtain and review the pre-plea presentence report, discuss the case with the government, and pursue investigation.

Speedy trial time is to be excluded from the date of this

order through the date of the status conference set for November 29, 2011, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable time to prepare] (Local Code T4).

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: November 4, 2011

                              Respectfully Submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Dennis S. Waks
                              Supervising Assistant
                              Federal Defender
                              Attorney for Defendant
                              PAUL RAMIREZ-ARANDA

DATED: November 4, 2011        BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Dennis S. Waks for
                              MICHELE BECKWITH
                              Assistant U.S. Attorney

**SO ORDERED.**

Dated: November 4, 2011

                    /s/ John A. Mendez
                    JOHN A. MENDEZ
                    United States District Court Judge